AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| KRIS ESTRADA <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN UNIVERSITY AND BRAD KNIGHT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-00603-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMERICAN UNIVERSITY
c/o Office of General Counsel
3201 New Mexico Avenue, NW
Suite 270
Washington, D.C. 20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsay R. McKasson
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/26/2026

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Kris Estrada*
                    *Plaintiff*
                                                *vs.*                    Case No: 1:26-cv-00603-ABJ

*American University, et al.*
                    *Defendant(s)*

### DECLARATION OF SERVICE

I, Carlos Carey, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/26/2026 at 3:22 PM, I served American University c/o Office of General Counsel at 3201 New Mexico Avenue, NW, Suite 270, Washington, DC 20016 with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint by serving Traevena Byrd, Vice President of General Counsel, authorized to accept service.

Traevena Byrd is described herein as:

Gender: Female     Ethnicity: Black     Age: 50     Weight: 130     Height: 5'5"     Hair: Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/26/2026

*(signed) Carlos G. Carey*

*Carlos Carey*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:15305260*