AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ESTRADA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-cv-00603-ABJ |
| AMERICAN UNIVERSITY et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kris Estrada

Date: 03/02/2026

/s/ Parker A. Bowman
*Attorney's signature*

Parker A. Bowman, VA227
*Printed name and bar number*

Binnall Law Group
717 King Street, Ste 200
Alexandria, Virginia 22314
*Address*

parker@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*