**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KRIS ESTRADA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-00603-ABJ |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY and BRAD | ) | |
| KNIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT KNIGHT'S *PRO SE* MOTION FOR A FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT

Defendant Brad Knight was served with the Complaint and summons in the above-captioned matter on February 26, 2026. Defendant Knight respectfully moves this Court, *pro se*, for a twenty-one-day extension of time, until April 9, 2026, to answer or otherwise plead in response to Plaintiff's Complaint. Defendant Knight is not presently represented by counsel but is actively engaged in securing legal representation and has made meaningful progress toward doing so. This brief extension of time will allow Defendant Knight to complete that process and ensure that his response is prepared with the benefit of counsel.

Dated: March 17, 2026

Respectfully submitted,



Brad Knight
130 M Street NE, Apt. 708
Washington, D.C. 20002
bradly.g.knight@gmail.com

**RECEIVED**

MAR 17 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia