**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRIS ESTRADA, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:26-cv-00603-ABJ |
| | ) |
| v. | ) |
| | ) |
| AMERICAN UNIVERSITY and BRAD | ) |
| KNIGHT, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Brad Knight, a Defendant in this matter, hereby certify that on March 18, 2026, I caused the Motion for an Extension of Time to File Answer to be served on counsel of record by causing the same to be filed through the Court's CM/ECF system.

_____

Brad Knight
130 M Street NE, Apt. 708
Washington, D.C. 20002
bradly.g.knight@gmail.com

RECEIVED

MAR 18 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia