**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA, | |
| *Plaintiff*, | Civil Action No. 26-cv-00603-ABJ |
| v. | |
| AMERICAN UNIVERSITY & BRAD KNIGHT, | |
| *Defendants*. | |

**NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO**

Please enter the appearance of Timothy D. Intelisano on behalf of Defendant American University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to his attention.

Respectfully submitted,

**SAUL EWING LLP**

March 19, 2025

/s/ *Timothy D. Intelisano\*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:   (202) 333-8800
Fax:   (202) 337-6065
timothy.intelisano@saul.com

*Defendant American University*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of March 2025, I have electronically filed the foregoing **NOTICE OF APPEARANCE – TIMOTHY D. INTELISANO** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

Dated: March 19, 2025                    _/s/ Timothy Intelisano_
                                         Timothy D. Intelisano

                                         _Defendant American University_