**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRIS ESTRADA,<br>c/o Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314,<br><br>   *Plaintiff*,<br><br>  v.<br><br>AMERICAN UNIVERSITY,<br>Office of General Counsel<br>4400 Massachusetts Ave NW<br>Washington, DC 20016,<br><br>&<br><br>BRAD KNIGHT,<br>130 M Street NE, Apt. 708<br>Washington, D.C. 20002,<br><br>   *Defendants.* | Civil Action No. 26-cv-00603-ABJ |

**DEFENDANT AMERICAN UNIVERSITY'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant American University (the "University") hereby moves to dismiss all the claims against it set forth in Plaintiff Kris Estrada ("Plaintiff")'s Complaint, with prejudice, for failure to state a claim upon which relief can be granted. In support of this motion, the University relies upon its Memorandum of Points and Authorities filed herewith.

Respectfully submitted,

**SAUL EWING LLP**

March 19, 2025

*/s/Timothy Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:     (202) 333-8800
Fax:     (202) 337-6065
timothy.intelisano@saul.com

James A. Keller (*Pro Hac Vice* forthcoming)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*Defendant American University*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of March 2025, I have electronically filed the foregoing **DEFENDANT AMERICAN UNIVERSITY'S MOTION TO DISMISS, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION TO DISMISS, AND PROPOSED ORDER** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

Dated: March 19, 2025                     */s/Timothy Intelisano*
                                          Timothy D. Intelisano

                                          *Defendant American University*