# EXHIBIT A



**INVESTIGATION REPORT CASE 2829**

| | |
|---|---|
| **Date of Report:** | October 21, 2025 |
| **Prepared by:** | Marissa Abraham, Investigator |
| **Date of Incident:** | July 3, 2024 |
| **Complainant:** | Kris Estrada (**Estrada**) Former Undergraduate Student |
| **Respondent:** | Brad Knight (**Knight**) Assistant Dean of Undergraduate Education |

## I. INTRODUCTION/OVERVIEW

Equity & Title IX initiated an investigation into a complaint alleging Brad Knight ("Respondent"), Assistant Dean of Undergraduate Education, violated American University's Discrimination and Non-Title IX Sexual Misconduct Policy (revised August 24, 2021). Kris Estrada ("Complainant"), former undergraduate student, has alleged Respondent subjected Complainant to sexual exploitation in violation of the University's Discrimination and Non-Title IX Sexual Misconduct Policy. Specifically, Complainant alleges Respondent took photographs and/or recorded Complainant without his consent when Complainant and Respondent were engaged in consensual sexual activity on July 3, 2024, in a first-floor bathroom at the Mary Graydon Student Center ("MGSC").

## II. INVESTIGATION TIMELINE

April 7, 2025: Notice of Investigation (NOI) issued to Complainant and Respondent.

May 12, 2025: Evidence received from Complainant.

May 15, 2025: Complainant investigatory interview.

May 29, 2025: Respondent investigatory interview.

May 20, 2024: Complainant provided a response to questions posed in writing.

June 5, 2025: Additional evidence received from Complainant.

June 12, 2025: Evidence received from Respondent; Respondent provided a response to questions posed in writing.

INVESTIGATION REPORT CASE 2829

## III. RELEVANT PROCEDURAL HISTORY

Investigator drafted statement summaries of the relevant information provided during investigatory interviews of Complainant and Respondent in this case. The parties had the opportunity to assess whether the summary accurately reflected their investigatory interview. Complainant and Respondent submitted minor clarifications, which were incorporated into their statements.

## IV. EXHIBITS

Exhibit A: Notice of Investigation (NOI) issued by ETIX on April 7, 2025

Exhibit B: Investigator's summary of Complainant interview; Complainant's suggested revisions; Complainant's written statement; and Complainant's written answers to Investigator's questions

Exhibit C: Investigator's summary of Respondent's interviews; Respondent's suggested revisions; and Respondent's written answers to Investigator's questions

Exhibit D: Respondent's Grindr Profile and Message Screenshots Submitted by Complainant starting June 26, 2024

Exhibit E: Evidence from Complainant placing Complainant on campus on July 3, 2024

Exhibit F: Screenshot of Respondent's Calendar on July 3, 2024

Exhibit G: Screen recording of Respondent's Grindr Profile (Submitted by Complainant)

Exhibit H: Respondent's shirtless beach Grindr profile picture dated July 14, 2024

Exhibit I: Recording of Respondent's Grindr messages on June 26, 2024

Exhibit J: Recording of Respondent's Grindr messages on July 2-3, 2024

Exhibit K: Tinder Impersonation of Respondent on August 23, 2023

Exhibit L: Instagram Impersonation of Respondent's husband on March 11, 2020

Exhibit M: Report with Grindr Screenshots of Conversation between Complainant and Respondent submitted by Reporter on January 8, 2024

Exhibit N: Screen recording of Respondent's Grindr Profile (Submitted by Respondent)