**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA, | |
| *Plaintiff,* | Civil Action No. 26-cv-00603-ABJ |
| v. | |
| AMERICAN UNIVERSITY & BRAD KNIGHT, | |
| *Defendants.* | |

**PROPOSED ORDER**

Upon consideration of Defendant American University's Motion to Dismiss Plaintiff Kris Estrada's Complaint, any opposition thereto, and the record herein, it is this _____ day of _____, 2026:

**ORDERED** that American University's Motion to Dismiss is hereby **GRANTED**; it is

**FURTHER ORDERED** that Counts I and II are **DISMISSED WITH PREJUDICE**.

_____
AMY BERMAN JACKSON
United States District Judge

**COPIES TO:**

James A. Keller
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

Timothy D. Intelisano
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 333-8800
timothy.intelisano@saul.com
lindsay@binnall.com

*Attorneys for Defendant American University*

Parker Allen Bowman
Lindsay R. McKasson
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
Tel:    703-888-1943
parker@binnall.com
lindsay@binnall.com

*Attorneys for Plaintiff Kris Estrada*