**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRIS ESTRADA,<br>c/o Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314,<br><br>       *Plaintiff*,<br><br>    v.<br><br>AMERICAN UNIVERSITY,<br>Office of General Counsel<br>4400 Massachusetts Ave NW<br>Washington, DC 20016,<br><br>&<br><br>BRAD KNIGHT,<br>130 M Street NE, Apt. 708<br>Washington, D.C. 20002,<br><br>       *Defendants*. | Civil Action No. 26-cv-00603-ABJ |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Defendant American University hereby certifies that the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of American University which have any outstanding securities in the hands of the public:   None.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

**SAUL EWING LLP**

March 19, 2025

*/s/Timothy Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:    (202) 333-8800
Fax:    (202) 337-6065
timothy.intelisano@saul.com

James A. Keller (*Pro Hac Vice* forthcoming)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel: (215) 972-7777
james.keller@saul.com

*Defendant American University*

3

## CERTIFICATE OF SERVICE

I certify that on this 19th day of March 2025, I have electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

Dated: March 19, 2025

*/s/Timothy Intelisano*
Timothy D. Intelisano

*Defendant American University*