**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br><br>    *Defendants.* | Civil Action No. 26-cv-00603-ABJ |

**<u>CERTIFICATE OF SERVICE BY U.S. MAIL</u>**

  PLEASE TAKE NOTICE that on March 19, 2026, counsel for Defendant American niversity mailed copies of the following documents:

- (Dkt08) - Notice of Appearance - T. Intelisano
- (Dkt09) - Defendant AU's Motion for Dismiss
- (Dkt10) - AU - Corporate Disclosure
- (Dkt11) – Certificate of Service

to the following by US Mail, first class postmarked March 19, 2026:

  Brad Knight
  130 M Street NE Apt. 708
  Washington, DC

          Respectfully submitted,

          **SAUL EWING LLP**

March 19, 2025       */s/Timothy D. Intelisano*
          Timothy D. Intelisano (D.C. Bar. No. 90033254)
          1919 Pennsylvania Avenue NW, Suite 550
          Washington, D.C. 20006
          Tel: (202) 333-8800
          timothy.intelisano@saul.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 19th day of March 2025, I have electronically filed the foregoing **CERTIFICATE OF SERVICE BY U.S. MAIL** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

Dated: March 19, 2025                    */s/Timothy Intelisano*
                                          Timothy D. Intelisano

                                          *Defendant American University*