**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRIS ESTRADA,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br><br>*Defendants*. | Civil Action No. 26-cv-00603-ABJ |

**DECLARATION OF JAMES A. KELLER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are completed, true and correct:

1. Full Name: **James Andrew Keller**
2. State bar membership number(s): **Pennsylvania: 78955; District of Columbia: 1049037; New Jersey: 020991996**
3. Business address, telephone and telefax numbers: **Saul Ewing LLP 1735 Market Street, Suite 3400 Telephone: (215) 972-7777, Telefax: (215) 972-7725**
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: **Bars of the District of Columbia, State of New Jersey, Commonwealth of Pennsylvania, United States District Courts for E.D. PA, W.D. PA, M.D. PA, NJ, Court of Appeals for the 3rd Circuit and the Supreme Court of the United States of America**
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? **No.**

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? **No.**

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **Zero**

8. Are you a member of the DC Bar? **Yes.**

9. Do you have a pending application for admission into the USDC for the District of Columbia? **No.**

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

**(CHECK ALL ITEMS THAT APPLY)**

**X** has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

March 26, 2026

James A. Kell er