# Attachment

# Certificate of Good Standing

**Supreme Court of Pennsylvania**

# CERTIFICATE OF GOOD STANDING

***James Andrew Keller, Esq.***

**DATE OF ADMISSION**

***January 2, 1997***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: March 27, 2026**

Amy J. Dreibelbis

Amy Dreibelbis, Esq.
Deputy Prothonotary