**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KRIS ESTRADA,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br><br>*Defendants*. | Civil Action No. 26-cv-00603-ABJ |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission Pro Hac Vice of James A. Keller, and the supporting declaration, it is hereby:

**ORDERED** that said Motion is **GRANTED**; and it is further

**ORDERED** that James A. Keller may appear and practice in this Court in the above-captioned case as counsel for Defendant American University.

SO ORDERED this ____ day of _________, 2026.

______________________________
United States District Judge

**COPIES TO:**

Lindsay R. McKasson / Parker Bowman
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
*Attorney for Plaintiff*

Timothy D. Intelisano / James A, Keller
Saul Ewing LLP
1919 Pennsylvania Avenue, NW, Ste 550
Washington, DC 20006
*Counsel for Defendant, American University*

Brad Knight
130 M Street NE, Apt. 708
Washington, D.C. 20002
*Defendant, Pro Se*