**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br><br>        *Defendants.* | Civil Action No. 26-cv-00603-ABJ |

**DEFENDANT AMERICAN UNIVERSITY'S CONSENT MOTION FOR EXTENSION**
**OF TIME TO FILE A REPLY BRIEF**

Defendant American University (the "University"), by and through undersigned counsel, hereby moves the Court to extend the University's time to file a Reply Brief in Further Support of its Motion to Dismiss.  In support of the Motion, the University states as follows:

1.      On February 25, 2026, Plaintiff Kris Estrada ("Plaintiff") initiated the above-captioned case.  (ECF No. 1.)

2.      On March 19, 2026, the University filed a Motion to Dismiss Plaintiff's Complaint, with prejudice.  (ECF No. 9.)

3.      On April 2, 2026, Plaintiff filed his Brief in Opposition to the University's Motion to Dismiss.  (ECF No. 13.)

4.      Pursuant to Local Civil Rule 7(d), the University's response is currently due on April 9, 2026.

5.      The University requests an additional fourteen (14) days to respond to Plaintiff's Opposition Brief, which would make the University's deadline to respond April 23, 2026.

6.      The University seeks this extension in good faith, as a fourteen day extension will not cause undue delay.  Undersigned counsel has several competing case deadlines, required work travel, and familial obligations in the next week.

7.      Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff. Plaintiff consents to this extension.

**SAUL EWING LLP**

April 6, 2026

/s/ *James A. Keller*
James A. Keller (admitted *Pro Hac Vice*)
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
Tel:    (215) 972-7777
Fax:    (215) 972-7725
james.keller@saul.com


Timothy D. Intelisano (D.C. Bar. No. 90033254)
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel:    (202) 295-6615
Fax:    (202) 337-6065
timothy.intelisano@saul.com

## CERTIFICATE OF SERVICE

I certify that on this 6th day of April 2026, I have electronically filed the foregoing **DEFENDANT AMERICAN UNIVERSITY'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF, AND A PROPOSED ORDER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.  A copy will also be sent via First Class Mail to Defendant Brad Knight at the following address:

Brad Knight
130 M Street NE, Apt. 708
Washington, DC


Dated: April 6, 2026                                   _/s/James A. Keller_____
                                                                James A. Keller

                                                                *Defendant American University*