**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KRIS ESTRADA,

        *Plaintiff,*

    v.

AMERICAN UNIVERSITY &
BRAD KNIGHT,

        *Defendants.*

Civil Action No. 26-cv-00603-ABJ

**PROPOSED ORDER**

Upon consideration of Defendant American University's Consent Motion for an Extension of Time to File a Reply Brief in Further Support of its Motion to Dismiss, it is this \_\_\_\_\_ day of _____, 2026:

**ORDERED** that American University's Motion is **GRANTED**, and the University **SHALL** file a Reply Brief on or before **April 23, 2026.**

                                        _____

AMY BERMAN JACKSON
United States District Judge

**COPIES TO:**

James A. Keller
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
james.keller@saul.com

Timothy D. Intelisano
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
timothy.intelisano@saul.com

*Attorneys for Defendant American University*

Parker Allen Bowman
Lindsay R. McKasson
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
parker@binnall.com
lindsay@binnall.com
*Attorneys for Plaintiff Kris Estrada*

Brad Knight
130 M Street NE
Apt. 708
Washington, DC – *Pro Se*