**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KRIS ESTRADA,

   *Plaintiff*,

   v.

AMERICAN UNIVERSITY &
BRAD KNIGHT,
    *Defendants*.

Civil Action No. 26-cv-00603-ABJ

## NOTICE OF APPEARANCE

TO THE CLERK of this Court and all parties of record:

   Please take notice that Rebecca LeGrand hereby enters her appearance in the above-captioned matter as counsel for Defendant Brad Knight.

.

          Respectfully submitted,

          /s/ Rebecca S. LeGrand
          Rebecca S. LeGrand
          LeGrand Law PLLC
          1100 H Street NW, Suite 1220
          Washington, DC 20005
          Phone: (202) 587-5725
          rebecca@legrandpllc.com

          *Counsel for Brad Knight*