## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KRIS ESTRADA,

       *Plaintiff*,

      v.

AMERICAN UNIVERSITY &
BRAD KNIGHT,

       *Defendants*.

Civil Action No. 26-cv-00603-ABJ

## MOTION TO DISMISS WITH PREJUDICE

Defendant Brad Knight respectfully moves to dismiss the Complaint in the above-captioned matter with prejudice pursuant to Rule 12(b)(6). Plaintiff's only claim against Mr. Knight is for intrusion upon seclusion, and that claim is clearly time-barred under the relevant one-year statute of limitations. Moreover, even if Plaintiff's claim was timely (and it is not), the allegations in the Complaint do not plausibly state a claim for intrusion upon seclusion. The Complaint should be dismissed with prejudice for those reasons, as explained in the accompanying Memorandum of Points and Authorities.

Respectfully submitted:

/s/ Rebecca S. LeGrand
Rebecca S. LeGrand
LEGRAND LAW PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Phone: (202) 587-5725
rebecca@legrandpllc.com

*Counsel for Brad Knight*