# Exhibit A-1

## 2024 CMD 007577 United States Vs. ESTRADA, KRIS HMP

- Case Type:
- Misdemeanor
- Case Status:
- Closed
- File Date:
- 08/02/2024
- Status Date:
- 08/02/2024
- Next Event:
-

**All Information**  Party  **Docket**  Receipt  **Financial Dockets**  **Disposition**

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 08/02/2024 | Charge Filed Charge 1: Voyeurism | Image |
| 08/02/2024 | Event Scheduled<br>Event: Arraignment<br>Date: 08/02/2024   Time: 1:00 pm<br>Judge: COURTROOM C-10   Location: Courtroom C-10 | |
| 08/02/2024 | Attorney Appointed<br>Attorney MACHADO, JOHN L representing Defendant (Criminal) ESTRADA, KRIS as of 08/02/2024 | |
| 08/02/2024 | Pre Trial Report | Image |
| 08/02/2024 | Gerstein Affidavit Filed | Image |
| 08/02/2024 | Amended General Order (SCCRule 5(f)) | Image |
| 08/02/2024 | Notice to Court (Attorney Appearance) Not Filed | |
| 08/02/2024 | Event Resulted - Release Status: PR-PSA. AUSA. C. CARNEY. S/I C. SCHULTZ.<br>The following event: Arraignment scheduled for 08/02/2024 at 1:00 pm has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: RAYMOND, RENEE   Location: Courtroom C-10<br>KRIS ESTRADA (Defendant (Criminal)); ; JOHN L MACHADO (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge RENEE RAYMOND on behalf of Judge COMM COURT 2D 4D | |
| 08/02/2024 | CJA Eligibility | Image |
| 08/02/2024 | Event Scheduled<br>Event: Misdemeanor Initial Status Hearing<br>Date: 09/04/2024   Time: 9:30 am<br>Judge: COMM COURT 2D 4D   Location: Courtroom 314 | |
| 08/02/2024 | Pretrial Stay Away Order Filed | Image |
| 08/02/2024 | Event Scheduled<br>Event: Misdemeanor Initial Status Hearing<br>Date: 09/06/2024   Time: 9:30 am<br>Judge: COMM COURT 2D 4D   Location: Courtroom 314 | |
| 08/02/2024 | Event Resulted - Release Status:<br>The following event: Misdemeanor Initial Status Hearing scheduled for 09/04/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: COMM COURT 2D 4D   Location: Courtroom 314 | |
| 08/02/2024 | Release Conditions<br><br>Pre-Trial Services Release Form<br>Sent on:  08/02/2024  15:51:58.40 | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 08/02/2024 | Pretrial Stay Away Order Filed<br>Stay Away Order Imposed created on: 08/02/2024<br>For:  ESTRADA, KRIS | |
| 08/02/2024 | Alert Issued**<br>Stay Away Order Imposed issued on: 08/02/2024<br>For: ESTRADA, KRIS<br>Bond Amt:<br>Alert Conditions(s):<br>Stay away from | |
| 09/05/2024 | Event Scheduled<br><br>The following event: Misdemeanor Initial Status Hearing scheduled for 09/06/2024 at 9:30 am has been rescheduled as follows:<br><br>Event: Misdemeanor Initial Status Hearing<br>Date: 09/10/2024   Time: 9:30 am<br>Judge: COMM COURT 2D 4D   Location: Courtroom 314 | |
| 09/10/2024 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  09/10/2024  12:32:36.27 | Image |
| 09/10/2024 | Event Scheduled<br>Event: Ascertainment of Counsel<br>Date: 10/10/2024   Time: 9:30 am<br>Judge: COMM COURT 2D 4D   Location: Courtroom 314 | |
| 09/10/2024 | Event Resulted - Release Status: PR PSA. Judge Rigsby presiding. AUSA Nicole Webbert present on behalf of the government. Defense made representations that the defendant will retain new counsel Continuance was granted for ascertainment of counsel and for government to investigate evidence.<br>The following event: Misdemeanor Initial Status Hearing scheduled for 09/10/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: RIGSBY, ROBERT R   Location: Courtroom 314<br>KRIS ESTRADA (Defendant (Criminal)); ; JOHN L MACHADO (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge ROBERT R RIGSBY on behalf of Judge COMM COURT 2D 4D | |
| 10/09/2024 | Amended Complaint Filed<br>Attorney: GRAVES, Mr MATTHEW M (481052)<br>Charge #1: Voyeurism - Hidden | Image |
| 10/09/2024 | Charge Filed<br>Charge #2: Voyeurism - Recording | |
| 10/09/2024 | Charge Filed<br>Charge #3: Voyeurism - Hidden | |
| 10/09/2024 | Charge Filed<br>Charge #4: Voyeurism - Hidden | |
| 10/09/2024 | Charge Filed<br>Charge #5: Voyeurism - Hidden | |
| 10/09/2024 | Charge Filed<br>Charge #6: Tampering With Physical Evidence | |
| 10/09/2024 | Case Transferred to Another Judge<br>The judge was changed from COMM COURT 2D 4D to PASICHOW, HEIDI M | |
| 10/09/2024 | Event Scheduled<br>Event: Presentment<br>Date: 10/10/2024   Time: 9:30 am<br>Judge: PASICHOW, HEIDI M   Location: Courtroom 220 | |
| 10/09/2024 | Event Scheduled<br>Event: Ascertainment of Counsel<br>Date: 10/10/2024   Time: 9:30 am<br>Judge: PASICHOW, HEIDI M   Location: Courtroom 220 | |
| 10/09/2024 | Event Resulted - Release Status:<br>The following event: Ascertainment of Counsel scheduled for 10/10/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: PASICHOW, HEIDI M   Location: Courtroom 220 | |
| 10/09/2024 | Event Resulted - Release Status:<br>The following event: Ascertainment of Counsel scheduled for 10/10/2024 at 9:30 am has been resulted as follows: | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| | Result: Hearing Vacated<br>Judge: COMM COURT 2D 4D    Location: Courtroom 314 | |
| 10/09/2024 | Event Scheduled<br>Event: Ascertainment of Counsel<br>Date: 10/10/2024    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 10/10/2024 | Pretrial Stay Away Order Filed<br><br>Pretrial Stay Away-No Contact Order<br>Sent on:  10/10/2024  10:20:12.44 | Image |
| 10/10/2024 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  10/10/2024  10:24:12.49 | Image |
| 10/10/2024 | Event Scheduled<br>Event: Status Hearing<br>Date: 11/12/2024    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 10/10/2024 | Event Resulted - Release Status: PR PSA. Defense counsel Machado requested a continuance to allow the defendant to obtain retained counsel. Judge Pasichow granted defense counsel's continuance. Assistant US Attorney Kelly present for the government.<br>The following event: Ascertainment of Counsel scheduled for 10/10/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220<br>KRIS ESTRADA (Defendant (Criminal)); ; JOHN L MACHADO (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge HEIDI M PASICHOW | |
| 10/10/2024 | Event Resulted - Release Status: PR PSA. The defendant was charged by way of complaint and plead not guilty. Assistant US Attorney Kelly present for the government.<br>The following event: Presentment scheduled for 10/10/2024 at 9:30 am has been resulted as follows:<br><br>Result: Defendant Pled Not Glty Trial Rights Were Asserted<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220<br>KRIS ESTRADA (Defendant (Criminal)); ; JOHN L MACHADO (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge HEIDI M PASICHOW | |
| 10/10/2024 | Motion for Protective Order<br>Attorney: GRAVES, Mr MATTHEW M (481052) | Image |
| 10/15/2024 | Order Granting Consent Motion for Body Worn Camera Protective Order Entered on the Docket, signed  by Judge Pasichow, e-filed and e-served 10/15/24. LC. | |
| 10/15/2024 | Order Granting Motion Entered on the Docket | Image |
| 11/12/2024 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  11/12/2024  09:45:03.99 | Image |
| 11/12/2024 | Event Scheduled<br>Event: Status Hearing<br>Date: 01/03/2025    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 11/12/2024 | Event Resulted - Release Status: PR PSA. Case continued to allow the defendant to decide if he will retain new counsel or if Attorney Machado will remain as counsel. The government will not extend a plea offer until the issue of defense counsel is resolved. Assistant US Attorney Weinberg present for the government.<br>The following event: Status Hearing scheduled for 11/12/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220<br>KRIS ESTRADA (Defendant (Criminal)); ; JOHN L MACHADO (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge HEIDI M PASICHOW | |
| 11/14/2024 | Notice of Filing: Retained Attorney Notice of Appearance<br>Attorney: HASKELL, CHARLES R (888304007) | Image |
| 11/14/2024 | Attorney Retained<br>Attorney HASKELL, CHARLES R representing Defendant (Criminal) ESTRADA, KRIS as of 11/14/2024 | |
| 11/14/2024 | Attorney Dismissed<br>Attorney MACHADO, JOHN L dismissed/withdrawn for  ESTRADA, KRIS on 11/14/2024 | |
| 11/14/2024 | Notice of Discovery<br>Attorney: GRAVES, Mr MATTHEW M (481052) | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 11/21/2024 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 01/03/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 11/21/2024 | Event Scheduled<br><br>The following event: Status Hearing scheduled for 01/03/2025 at 9:30 am has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 01/15/2025    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 12/09/2024 | Event Resulted - Release Status:<br>The following event: Status Hearing scheduled for 01/15/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 12/09/2024 | Event Scheduled<br><br>The following event: Status Hearing scheduled for 01/15/2025 at 9:30 am has been rescheduled as follows:<br><br>Event: Status Hearing<br>Date: 12/18/2024    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 12/18/2024 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court/Pre Sentence Direct Info<br>Sent on:  12/18/2024  11:02:08.57 | Image |
| 12/18/2024 | Report and Sentence<br>Event: Full Report and Sentencing<br>Date: 02/19/2025    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 12/18/2024 | Charge Disposed - Plea Judgment Guilty | |
| 12/18/2024 | Charge Disposed - Plea Judgment Guilty | |
| 12/18/2024 | Charge Disposed - Plea Judgment Guilty | |
| 12/18/2024 | Charge Disposed - Plea Judgment Guilty | |
| 12/18/2024 | Charge Disposed - Plea Judgment Guilty | |
| 12/18/2024 | Information Filed in Open Court<br>Charge #1: Voyeurism - Hidden | Image |
| 12/18/2024 | Waiver of Indictment Filed<br>Charge #1: Voyeurism - Hidden | Image |
| 12/18/2024 | Plea Offer Filed | Image |
| 12/18/2024 | Factual Proffer Filed | Image |
| 12/18/2024 | Waiver of Trial (Plea Form) Filed | Image |
| 12/18/2024 | Event Resulted - Release Status: PR PSA. The defendant plead guilty and case is continued for Full Report and Sentencing. Charge 6 to be dismissed at sentencing. Assistant US Attorney Kelly present for the government.<br>The following event: Status Hearing scheduled for 12/18/2024 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220<br>KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge HEIDI M PASICHOW | |
| 12/18/2024 | Case Disposed - Plea Judgment Guilty | |
| 02/07/2025 | Pre Sentence Report Package | Image |
| 02/13/2025 | Pre Sentence Report Package | Image |
| 02/17/2025 | Memorandum in Aid of Sentencing<br>Attorney: MARTIN JR, Mr EDWARD R R (481866) | Image |
| 02/19/2025 | Charge Disposed - Dismissed as Part of Plea Agreement | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 02/19/2025 | Case Disposed - Plea Judgment Guilty | |
| 02/19/2025 | Event Scheduled<br>Event: Probation Review Hearing<br>Date: 06/24/2025    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 02/19/2025 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  02/19/2025  13:18:46.44 | |
| 02/19/2025 | Crime Victims Compensation Fund  Receipt: 338476  Date: 02/19/2025 | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 1, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028<br>Sentencing Comments: Sentences to run consecutively and the probation runs concurrently | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 2, Voyeurism - Recording<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years,  months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028 | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 3, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 4, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 5, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 1, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:  02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days<br>Probation Conditions:  Stay Away From:<br>Special Conditions:  See Orders<br>Probation Conditions:  Other conditions:<br>Special Conditions:  Mental Health assessment and treatment as deemed appropriate by Court Services and Offender Supervis<br>Sentencing Comments: Sentences to run consecutively and the probation runs concurrently | |
| 02/19/2025 | Sentence<br>Sentence for Charge # 2, Voyeurism - Recording | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years,  months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:       50.00 , Due: 02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 02/19/2025 | Judgment & Commitment- Stay Away/ No Contact Order<br><br>J & C Stay Away<br>Sent on:  02/19/2025  14:10:42.58 | Image |
| 02/19/2025 | Sentence<br>Sentence for Charge # 1, Voyeurism - Hidden<br>Sentence Date: 02/19/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:       50.00 , Due: 02/19/2028<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days<br>Probation Conditions:  Stay Away From:<br>Special Conditions:  See Orders<br>Probation Conditions:  Other conditions:<br>Special Conditions:  Mental Health assessment and treatment as deemed appropriate by Court Services and Offender Supervis<br>Sentencing Comments: Sentences to run consecutively and the probation runs concurrently | |
| 02/19/2025 | Event Resulted - Release Status: Bond no longer applicable. The Honorable Judge Pasichow presided. Assistant Unites States Attorney was present Richard Kelley was present.  The defendant was sentenced today.<br>The following event: Full Report and Sentencing scheduled for 02/19/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220<br>KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge HEIDI M PASICHOW | |
| 02/19/2025 | Judgment and Commitment Order Filed | Image |
| 02/21/2025 | Emergency Unopposed Motion to Travel on Probation<br>Attorney: HASKELL, CHARLES R (888304007) | Image |
| 02/21/2025 | Emergency Unopposed Motion to Travel on Probation<br>Attorney: HASKELL, CHARLES R (888304007) | Image |
| 02/24/2025 | Order Denying Defendant's Emergency Unopposed Motion to Travel on Probation Entered on the Docket, signed by Judge Pasichow, e-filed 2/24/25. EP | |
| 02/24/2025 | Order Denying Motion Entered on the Docket | Image |
| 04/23/2025 | Motion for Bond Review Filed:<br>Attorney: MARTIN JR, Mr EDWARD R R (481866) | Image |
| 04/28/2025 | Motion to Modify Filed:<br>Attorney: STEVENSON, CRAIG (8000069) | Image |
| 05/03/2025 | Event Resulted - Release Status:<br>The following event: Probation Review Hearing scheduled for 06/24/2025 at 9:30 am has been resulted as follows:<br><br>Result: Transferred Out To:<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 05/03/2025 | Event Scheduled<br><br>The following event: Probation Review Hearing scheduled for 06/24/2025 at 9:30 am has been rescheduled as follows:<br><br>Event: Probation Review Hearing<br>Date: 06/24/2025    Time: 9:30 am<br>Judge: DI TORO, JENNIFER A   Location: Courtroom 215 | |
| 05/06/2025 | Judgment & Commitment- Stay Away/ No Contact Order<br><br>J & C Stay Away<br>Sent on:  05/06/2025  13:41:31.79 | Image |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 05/06/2025 | Order Granting Motion Entered on the Docket | Image |
| 05/06/2025 | Order Denying Motion Entered on the Docket | Image |
| 05/27/2025 | Event Resulted - Release Status:<br>The following event: Probation Review Hearing scheduled for 06/24/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |
| 06/26/2025 | Motion to Modify Special Conditions of Probation.<br>Attorney: STEVENSON, CRAIG (8000069) | Image |
| 06/27/2025 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  06/27/2025  09:48:12.23 | Image |
| 06/27/2025 | Event Resulted - Release Status: PR. On behalf of CSOSA, CSO Burnett requested psychosexual assessment be ordered . Defense counsel objected. Government concurs and adopts CSOSA's request. Court granted CSOSA's request and ordered psychosexual assessment. Court further granted CSOSA's request to inspect Defendant's phone on a limited basis NTE (90 days). The Court ordered stay away order to remain in place as implemented.  Matter continued for further evaluation.<br>The following event: Probation Review Hearing scheduled for 06/27/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215<br>KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge JENNIFER A DI TORO on behalf of Judge HEIDI M PASICHOW | |
| 06/27/2025 | Event Scheduled<br>Event: Probation Review Hearing<br>Date: 09/19/2025    Time: 9:30 am<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |
| 06/27/2025 | Sentence<br>Sentence for Charge # 1, Voyeurism - Hidden<br>Sentence Date: 06/27/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:<br>Probation Type: SUPVP, Start Date: , End Date:<br>Probation Time: 0 years, 36 months, 0 days<br>Probation Conditions:  Stay Away From:<br>Special Conditions:  See Orders<br>Probation Conditions:  Other conditions:<br>Special Conditions:  Mental Health assessment and treatment as deemed appropriate by Court Services and Offender Supervis<br>Probation Conditions:  Other conditions:<br>Special Conditions:  PSYCHOSEXUAL ASSESSMENT, Electronic Device Monitoring for 90-days<br>Sentencing Comments: Sentences to run consecutively and the probation runs concurrently. | |
| 06/27/2025 | Sentence<br>Sentence for Charge # 2, Voyeurism - Recording<br>Sentence Date: 06/27/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years,  months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:<br>Probation Type: SUPVP, Start Date: , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 06/27/2025 | Sentence<br>Sentence for Charge # 3, Voyeurism - Hidden<br>Sentence Date: 06/27/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:<br>Probation Type: SUPVP, Start Date: , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 06/27/2025 | Sentence<br>Sentence for Charge # 4, Voyeurism - Hidden<br>Sentence Date: 06/27/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 06/27/2025 | Sentence<br>Sentence for Charge # 5, Voyeurism - Hidden<br>Sentence Date: 06/27/2025<br>Confinement Type:  Confinement<br>Time: 1 years, 0 months, 0 days.<br>Time Susp: 1 years, 0 months, 0 days.<br>Amount To Serve: 0 years, 0 months, 0 days.<br>VVCA Amount:        50.00 , Due:<br>Probation Type: SUPVP, Start Date:  , End Date:<br>Probation Time: 0 years, 36 months, 0 days | |
| 06/27/2025 | AMENDED Judgment and Commitment Order Filed<br><br>Judgment and Probation Order<br>Sent on:  06/27/2025  10:35:31.28 | Image |
| 07/17/2025 | CJA Attorney Appearance Filed<br>Attorney: HASKELL, CHARLES R (888304007) | Image |
| 09/15/2025 | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  09/15/2025  10:04:15.14 | Image |
| 09/15/2025 | Event Scheduled<br>Event: Probation Review Hearing<br>Date: 11/03/2025    Time: 9:30 am<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 09/15/2025 | Event Resulted - Release Status: Bond remains Personal Recognizance. The Honorable Judge Di Toro presided. Assistant United States Attorney Richard Kelly  was present.  The case is continued check in on compliance on probation. Probation Officer Burnett was present.<br>The following event: Probation Review Hearing scheduled for 09/15/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215<br>KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge JENNIFER A DI TORO on behalf of Judge HEIDI M PASICHOW | |
| 11/03/2025 | Event Scheduled<br>Event: Probation Review Hearing<br>Date: 11/03/2025    Time: 9:30 am<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |
| 11/03/2025 | Event Resulted - Release Status:<br>The following event: Probation Review Hearing scheduled for 11/03/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Vacated<br>Judge: PASICHOW, HEIDI M    Location: Courtroom 220 | |
| 11/03/2025 | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  11/03/2025  10:40:38.57 | Image |
| 11/03/2025 | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 01/14/2026    Time: 9:30 am<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |
| 11/03/2025 | Event Resulted - Release Status:  Bond remains Personal Recognizance. The Honorable Judge Di Toro presided. Assistant United States Attorney Sarah Folse  was present.  The case is continued check in on compliance on probation. Probation Officer Matthew Powell  was present.<br>The following event: Probation Review Hearing scheduled for 11/03/2025 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge JENNIFER A DI TORO on behalf of Judge HEIDI M PASICHOW | |
| 11/03/2025 | Amended Judgment and Commitment Order Filed | Image |
| 01/08/2026 | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 01/14/2026    Time: 9:30 am<br>Judge: FELONY 2 CAL 8    Location: Courtroom 215 | |
| 01/13/2026 | Event Scheduled<br>Event: Probation Show Cause Hearing<br>Date: 01/14/2026    Time: 9:30 am<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215 | |
| 01/14/2026 | Event Resulted - Release Status: Bond remains Personal Recognizance. The Honorable Judge Di Toro presided. Assistant United States Attorney Matthew Brock was present. Probation Officer Gardner was present with representations. The defendant is now in compliance. Defense to submit a memorandum to address an out of the country trip for the defendant.<br>The following event: Probation Show Cause Hearing scheduled for 01/14/2026 at 9:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: DI TORO, JENNIFER A    Location: Courtroom 215<br>KRIS ESTRADA (Defendant (Criminal)); ; CHARLES R HASKELL (Attorney) on behalf of KRIS ESTRADA (Defendant (Criminal)); Judge JENNIFER A DI TORO on behalf of Judge HEIDI M PASICHOW | |
| 04/03/2026 | Order Granting Motion Entered on the Docket | Image |

# Exhibit A-2

## *Superior Court of the District of Columbia*
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 2024 CRWSLD 3121

| DEFENDANT'S NAME: | | DOB: | PDID: | FBI NUMBER: | CCN: |
|---|---|---|---|---|---|
| Estrada, Kris Emmanuel M | | 02/23/2005 | N/A | N/A | 240371 |

| NICKNAME: N/A | | | | ALIASES: N/A | | | |
|---|---|---|---|---|---|---|---|
| SEX: M | RACE: A | HEIGHT: Unknown | WEIGHT: Unknown | EYES: Brown | HAIR: Dark Brown | COMPL: Medium | SCARS, MARKS, TATTOOS: |

| DEFENDANT'S HOME AND/OR BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 3501 Nebraska Avenue NW Constitution Hall 507 Washington, DC 20016 | 408-597-7712 |

COMPLAINANT'S NAME:
V-1 (J.R.)

LOCATION OF OFFENSE(S):
4400 Massachusetts Avenue NW Bender Library Washington, D.C. 20016

| DATE(S) OF OFFENSE(S): 7/22/2024 | TIME(S) OF OFFENSE(S): Approximately 1130 hours |
|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator:

| | | | | |
|---|---|---|---|---|
| 00 = Armed and Dangerous | 15 = Explosive Expertise | 30 = Sexually Violent Predator | 60 = Allergies | 80 = Medication Required |
| 05 = Violent Tendencies | 20 = Known to Abuse Drugs | 50 = Heart Condition | 65 = Epilepsy | 85 = Hemophiliac |
| 10 = Martial Arts Expert | 25 = Escape Risk | 55 = Alcoholic | 70 = Suicidal | 90 = Diabetic |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Your affiant, Detective Joseph Barnes, is a sworn Campus Police Officer with the American University Police Department (AUPD), authorized to make arrests and enforce the laws within the District of Columbia. American University (AU) is located at 4400 Massachusetts Avenue Northwest, Washington, D.C. 20016.

On July 22nd, 2024, at approximately 11:48 AM, AUPD responded to the Bender Library building located at 4400 Massachusetts Avenue NW Washington, DC 20016, for a report of voyeurism. V-1 spoke with AUPD on July 22nd, 2024. V-1 stated that on July 22nd, 2024, at approximately 11:30 AM, he was using the men's restroom on the second floor of Bender Library. V-1 walked into the restroom and entered the first stall closest to the door and began using the restroom. V-1 stated that approximately 4 to 5 minutes later another person entered the restroom and entered the stall to V-1's left, which is the second stall. According to V-1, the person stood in the stall facing the toilet for approximately 3 to 4 minutes. During this time, V-1 stated that he saw another person enter the restroom and walk to front of the second stall before turning around and leaving. V-1 believed that this person was a Bender Library staff member who was checking the bathroom based on their behavior. V-1 stated that this person was wearing black pants and black shoes. V-1 stated that the person in the stall next to him was wearing white New Balance sneakers with a dark-colored "N" emblem and baggy possibly green pants. V-1 provided the affiant with a picture of a shoe that he believed the suspect was wearing. V-1 stated that he did not believe that the person in the stall next to him ever used the bathroom. Approximately two to three minutes after the other person left the restroom, V-1 looked up and observed a dark colored phone over top of the back left portion of his stall, closest to the toilet. When V-1 looked up, the dark colored phone immediately pulled straight down. V-1 initially turned away after seeing the phone in order to hide his face but then turned back toward the phone. V-1 stated that at the time the phone was above him in the stall, he was actively using the bathroom and had his pants pulled down and genitals exposed. After the dark colored phone was discovered by V-1, the person in the stall next to him did not move and continued to stand facing the toilet. V-1 took approximately one minute to finish using the restroom, wash his hands and exit the 2nd floor men's restroom. V-1 took a right, and walked past a couple of bookshelves and faced the bathroom, waiting to see who exited. V-1 stated that he waited there for approximately 2 to 3 minutes as he was texting his coworker about the incident and waiting to see who exited the bathroom after him. After texting with his

| Prosecutor: __LJS____ | Affiant: __JB___ | Judge: | Page **1** of **4** |
|---|---|---|---|

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| | | USW NO.: |
|---|---|---|

| DEFENDANT'S NAME:<br>Estrada, Kris Emmanuel M | DOB:<br>02/23/2005 | PDID:<br>N/A | FBI NUMBER:<br>N/A | CCN:<br>240371 |
|---|---|---|---|---|

coworker, V-1 left the stacks and walked toward the front of the library on the second floor. V-1 was unable to see who exited the bathroom before leaving. V-1 took the staircase down to the first floor and then walked to the circulation desk on the first floor, where he swiped in using his AUID and spoke with his supervisor about the incident who then called AUPD.

V-1 stated that the person who was wearing white New Balance sneakers with a dark-colored "N" emblem and baggy possibly green pants was the only one who occupied the stall next to V-1 while he was in the restroom.

On July 22nd, 2024, the affiant reviewed Bender Library video footage related to this incident. The affiant observed S-1 walking along the back hallway that leads to the men's restroom on the second floor of Bender Library where the incident occurred at approximately 1200 hours. S-1 is seen exiting Bender Library front door at approximately 1201 hours on July 22nd, 2024. S-1 is an Asian male with medium brown skin tone and dark brown hair. S-1 was observed wearing a brown backpack on his back, a blue and white t-shirt, an Apple watch on his left wrist, green-colored pants, and white New Balance sneakers with a dark-colored "N" emblem. The white New Balance shoes with a dark-colored "N" emblem that S-1 is seen wearing match the overall description of the shoes that V-1 gave for the suspect who put a phone over his stall while V-1 was using the restroom.

Based on a prior investigation involving an individual that matched the physical description of S-1, the affiant recognized the suspect as Kris Emmanuel M Estrada (DOB 02/23/2005). The affiant checked American University's Student ID system for a picture of Kris Estrada, and the university ID photo for Kris Estrada matched the image of S-1 on July 22, 2024, that was seen in Bender Library. In addition to this, the affiant checked Estrada's information in American University's record system which revealed that Estrada is present on campus, registered for summer classes ,and currently living in Constitution Hall room 507. Using the information from the American University record system, the affiant learned that Estrada used his ID card to swipe into Constitution Hall at approximately 1231 hours on July 22, 2024, approximately 30 minutes after the voyeurism suspect was seen on camera exiting Bender Library.

The affiant reviewed the video footage at Constitution Hall for July 22nd, 2024, and observed Kris Emmanuel M Estrada (DOB 02/23/2005) entering Constitution Hall wearing the exact same outfit as the voyeurism suspect. Estrada was wearing a brown backpack over his back, a blue and white t-shirt, an Apple watch on his left wrist, green-colored pants, and white New Balance sneakers with a dark-colored "N" emblem.

The affiant looked up Estrada's Instagram account "_krisestrada" which listed the account holder's name as "Kris Estrada" and had a description that stated that he was a student at American University and has an expected graduation year of 2027 as does Estrada. The Instagram account "_krisestrada" also had photos of Estrada. The male observed in the "_krisestrada" Instagram account also matched the individual observed in American University's student identification photo of Estrada. Across several different photos on the "_krisestrada" Instagram account, Estrada was seen holding a dark colored phone, matching the description of the phone that was described by V-1 as being over his stall while he was using the restroom.

Prosecutor: __LJS____          Affiant: __JB___          Judge: _____          Page **2** of **4**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: |
|---|

| DEFENDANT'S NAME:<br>Estrada, Kris Emmanuel M | DOB:<br>02/23/2005 | PDID:<br>N/A | FBI NUMBER:<br>N/A | CCN:<br>240371 |
|---|---|---|---|---|

Furthermore, the affiant requested American University's Wi-Fi information associated with Kris Estrada and his devices. The report revealed that Estrada's telephone was present on the second floor of Bender Library on July 22nd, 2024, at the approximate time of the incident.

On July 25, 2024, your affiant obtained a search warrant for Estrada's residence (Constitution Hall Room 507 located at 3501 Nebraska Avenue NW Washington, DC 20016) and Estrada's person to seize any telephones that may contain evidence of voyeurism. Your affiant made contact with Estrada in Constitution Hall Room 507. Estrada was speaking on a dark colored Apple brand iPhone with a purple case to someone about a separate matter. Estrada finished up his phone call and spoke with the affiant. The affiant identified himself as a detective with the American University Police Department and notified Estrada that a search warrant for the seizure of telephones on his person or in his residence was being executed. Estrada stated that he only had one telephone and handed the affiant a dark colored Apple brand iPhone with a dark purple case. Estrada voluntarily provided the affiant with the passcode to his telephone. Estrada told the affiant that his roommate was not in the room and identified what section of the room belonged to him.

That dark-colored Apple brand iPhone in a dark purple telephone case matched the telephone and telephone case Estrada carried in photographs of him on Estrada's Instagram account "_krisestrada." On July 26th, 2024, your affiant obtained a search warrant for the dark-colored iPhone in a dark purple case that was seized from Estrada's person. On July 26th, 2024, the affiant executed a search of the dark-colored iPhone in a dark purple case.

The affiant observed approximately 7 videos from the dark-colored iPhone with a dark purple case, all of which were dated July 22, 2024, between approximately 1112 and 1124 hours. The videos were all located in the recently deleted section of the photo album on Estrada's phone. The videos depicted V-1 sitting down and actively using the toilet. The affiant identified V-1 as the person being recorded in the videos based on the affiant's in person interactions with V-1 on July 22nd 2024. This includes V-1's physical characteristics and the clothing that V-1 was seen wearing on Bender Library video footage on July 22nd 2024.

In a different video taken from under the stall on July 22nd, 2024, the person recording can be seen with dark brown hair and brown skin tone wearing green pants and white New Balance sneakers with a dark colored "N" emblem on them, all of which match the description of the suspect that was given to AUPD by V-1. The videos appeared to take place in the Bender Library 2nd floor men's bathroom, based on the restroom's features and design, which were identical to photographs your affiant took of the Bender Library 2nd floor men's restroom and which your affiant observed when he visited the Bender Library 2nd floor men's restroom on July 22nd, 2024. The videos were taken from an area above the toilet stall as well as below the stall and appeared to be taken without the victim's knowledge or consent. The video was taken in an area where the victim had a reasonable expectation of privacy. V1 is depicted in all 7 video files the affiant observed on Estrada's phone.

Based on the aforementioned facts and circumstances, your affiant respectfully requests a warrant for the arrest of Kris Emmanuel M Estrada (DOB 02/23/2005)

Prosecutor: __LJS____          Affiant: __JB___          Judge: _____          Page **3** of **4**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | USW NO.: | | |
|---|---|---|---|---|
| DEFENDANT'S NAME:<br>Estrada, Kris Emmanuel M | DOB:<br>02/23/2005 | PDID:<br>N/A | FBI NUMBER:<br>N/A | CCN:<br>240371 |

| PLEASE ISSUE A WARRANT FOR:<br><br>**Kris Emmanuel Estrada** | **AFFIANT'S SIGNATURE:**<br><br>/S/ Joseph Barnes<br><br>**Affiant's Name:  Detective Joseph Barnes**<br>**Badge Number:  67** |
|---|---|
| **CHARGED WITH:**<br><br>**Voyeurism** | **SUBSCRIBED AND SWORN BEFORE ME THIS**<br>2ᴺᴰ DAY OF _July_____, 20_24_ |
| **PROSECUTOR'S SIGNATURE:**<br><br>_/s/ Lindsay Suttenberg_ _____<br><br>**Assistant U.S. Attorney, Lindsay Suttenberg** | **JUDGE'S SIGNATURE:**<br><br>_____<br><br>JUDGE ___Demeo____ (print last name)<br>**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** |

# Exhibit A-3

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION – FELONY BRANCH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.** 2024 CMD 007577 |
| | : | |
| **v.** | : | |
| | : | |
| **Kris Estrada,** | : | **Judge Heidi Pasichow** |
| **Defendant.** | : | |

## INFORMATION

1. On or about July 22, 2024, within the District of Columbia, Kris Estrada unlawfully occupied a hidden observation post or installed or maintained an electronic device, that is a cellular telephone, for the purpose of secretly or surreptitiously observing Adult Male Complainant 1, who was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaged in sexual activity, or unlawfully used an electronic device, that is a cellular telephone, to electronically record Adult Male Complainant 1, without the express and informed consent of Adult Male Complainant 1, while Adult Male Complainant 1 was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaging in sexual activity. **(Voyeurism) in violation of 22 D.C. Code, Section 3531(b),(c)(1) (2001 ed.)).**

2. On or about July 03, 2024, within the District of Columbia, Kris Estrada unlawfully installed or maintained an electronic device, that is a cellular telephone, for the purpose of secretly or surreptitiously observing Adult Male Complainant 2, who was totally or partially undressed or changing clothes, or unlawfully used an electronic device, that is a cellular telephone, to electronically record Adult Male Complainant 2, without the express and informed consent of Adult Male Complainant 2, while Adult Male Complainant 2 was totally or partially undressed or changing clothes. **(Voyeurism) in violation of 22 D.C. Code, Section 3531(b),(c)(1) (2001 ed.)).**

3. On or about April 15, 2024, within the District of Columbia, Kris Estrada unlawfully occupied a hidden observation post or installed or maintained an electronic device, that is a cellular telephone, for the purpose of secretly or surreptitiously observing Adult Male Complainant 3, who was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaged in sexual activity, or unlawfully used an electronic device, that is a cellular telephone, to electronically record Adult Male Complainant 3, without the express and informed consent of Adult Male Complainant 3, while Adult Male Complainant 3 was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaging in sexual activity. **(Voyeurism) in violation of 22 D.C. Code, Section 3531(b),(c)(1) (2001 ed.)).**

4. On or about February 23, 2024, within the District of Columbia, Kris Estrada unlawfully occupied a hidden observation post or installed or maintained an electronic device, that is a cellular telephone, for the purpose of secretly or surreptitiously observing Adult Male

Complainant 4, who was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaged in sexual activity, or unlawfully used an electronic device, that is a cellular telephone, to electronically record Adult Male Complainant 4, without the express and informed consent of Adult Male Complainant 4, while Adult Male Complainant 4 was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaging in sexual activity. **(Voyeurism) in violation of 22 D.C. Code, Section 3531(b),(c)(1) (2001 ed.)).**

5. On or about February 22, 2024, within the District of Columbia, Kris Estrada unlawfully occupied a hidden observation post or installed or maintained an electronic device, that is a cellular telephone, for the purpose of secretly or surreptitiously observing Adult Male Complainant 5, who was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaged in sexual activity, or unlawfully used an electronic device, that is a cellular telephone, to electronically record Adult Male Complainant 5, without the express and informed consent of Adult Male Complainant 5, while Adult Male Complainant 5 was using a bathroom or restroom or was totally or partially undressed or changing clothes or engaging in sexual activity. **(Voyeurism) in violation of 22 D.C. Code, Section 3531(b),(c)(1) (2001 ed.)).**

Respectfully submitted,

Matthew M. Graves
United States Attorney

By: */s/ Richard S. Kelley*
RICHARD S. KELLEY
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
Office: (202) 252-7247
E-mail: richard.kelley2@usdoj.gov

# Exhibit A-4



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

**November 27, 2024**

**Charles Haskell, Esq.**
*Via Email*

Re:    United States v. **Kris Estrada**
       Case No. 2024 CMD 007577

Dear Counsel:

This agreement sets forth the full and complete plea offer for your client, from the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). This plea offer will remain open until **January 15, 2025**. However, the Government reserves the right to revoke this plea offer at any time before your client enters a guilty plea in this case. If your client accepts the terms and conditions set forth below, please have your client execute this document in the space provided below. Upon receipt of the executed document, this agreement will become the plea agreement between your client and the Government. The terms of the offer are as follows:

1.    Your client agrees to admit guilt and enter a plea of guilty to the following offense: **five (5) counts of Voyeurism** in violation of DC Code 22-3531. Your client understands that each count of the offense of **Voyeurism**, which is a misdemeanor in the District of Columbia, carries a potential maximum penalty of **1** years' imprisonment and/or a **$2,500** fine. Your client further understands that, pursuant to 16 D.C. Code § 711, the Court may, in addition to any other sentence imposed as a condition of probation or as a sentence itself, require your client to make reasonable restitution or reparation, pursuant to the factors set forth therein.

2.    Your client understands that the Government will **reserve stepback pending sentencing**,[1] **will waive any sentencing enhancement papers**, and will reserve allocution at sentencing, subject to the terms set forth in Paragraph 5 of this agreement.

3.    Your client understands that the Government agrees that it will **dismiss any greater or remaining counts of the complaint at the time of sentencing** and agree not to indict on any greater or additional charges arising out of the conduct in this case.

4.    The parties further agree that your client, after taking an oath to tell the truth, shall agree to the attached factual proffer in open court on the date of the plea and acknowledge under oath that the statements in the factual proffer are true.

---

[1] If your client remains compliant with all release conditions, the government will not oppose continued release pending sentencing.

5.      Your client understands that the Court may utilize the District of Columbia Sentencing Commission's Voluntary Sentencing Guidelines in imposing the sentence in this case. The Government and your client agree that neither party will seek an upward or downward departure outside of your client's applicable guidelines range, unless the specific basis for such a departure is identified and is set forth in this agreement. Your client further understands that the applicable guidelines range will not be determined by the Court until the time of sentencing. **The government agrees not to oppose a fully suspended sentence and the defendant agrees not to oppose a term of probation of 36 months and conditions of probation requiring adherence to a therapeutic plan of treatment.**

6.      Your client agrees that this agreement is binding on the Government and the defendant, but not binding on the Court, and that your client cannot withdraw this plea at a later date because of the harshness of any sentence imposed by the Court. The Government understands that your client is not bound by the Government's allocution, and may request a lesser sentence, subject to the terms set forth in Paragraph 5, above.

7.      In entering this plea of guilty, your client understands and agrees to waive certain rights afforded to your client by the Constitution of the United States and/or by statute. Your client knowingly and voluntarily waives or gives up his right against self-incrimination with respect to the offense(s) to which your client is pleading guilty before the Court which accepts your client's plea. Your client also understands that by pleading guilty your client is waiving or giving up your client's right to be tried by a jury or by a judge sitting without a jury, the right to be assisted by an attorney at trial and the right to confront and cross-examine witnesses.

8.      Your client agrees to waive, insofar as such waiver is permitted by law, the right to direct appeal the conviction in this case, including but not limited to claim(s) that (1) the statute(s) to which your client is pleading guilty is unconstitutional, and (2) the admitted conduct does not fall within the scope of the statute(s). Your client also agrees to waive the right to appeal the sentence in this case, including but not limited to any term of imprisonment, fine, forfeiture, award of restitution, term or condition of supervised release, authority of the Court to set conditions of release, except to the extent the Court imposes an illegal sentence, or imposes the sentence in an illegal manner. In agreeing to this waiver, your client is aware that your client's sentence has yet to be determined by the Court. Realizing the uncertainty in estimating what sentence the Court ultimately will impose, your client knowingly and willingly waives your client's right to appeal the sentence, to the extent noted above, in exchange for the concessions made by the Government in this Agreement. Notwithstanding the above agreement to waive the right to appeal the conviction and sentence, your client retains the right to appeal on the basis of ineffective assistance of counsel or the imposition of an illegal sentence, or a sentence imposed in an illegal manner, but not to raise on appeal other issues regarding the conviction or sentence.

9.      This agreement sets forth the entire understanding between the parties and constitutes the complete plea agreement between your client and the United States Attorney's Office for the District of Columbia. This agreement supersedes all prior understandings, promises, agreements, or conditions, if any, between this Office and your client.

2

Respectfully,

Matthew M. Graves
United States Attorney

By: _____/s/_____
RICHARD KELLEY
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and factual proffer and have discussed it with my attorney. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound, and no threats have been made to me. I am not under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offenses set forth herein.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: 12/09/2024

**Kris Estrada**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely set forth the entire plea agreement.

Date: 12.9.24

**Charles Haskell, Esq.**
Attorney for Defendant

4

# Exhibit A-5

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**<br>Vs. | **AMENDED   JUDGMENT IN A CRIMINAL CASE**<br>(Probation) |

**KRIS ESTRADA**
DOB: 02/23/2005

Case No. **2024 CMD 007577**
PDID: **769827**
DCDC No:

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | |
|---|---|---|
| 1 | Found Guilty - Plea | Voyeurism - Hidden |
| 2 | Found Guilty - Plea | Voyeurism - Recording |
| 3 | Found Guilty - Plea | Voyeurism - Hidden |
| 4 | Found Guilty - Plea | Voyeurism - Hidden |
| 5 | Found Guilty - Plea | Voyeurism - Hidden |

## SENTENCE OF THE COURT

**Count 1 Voyeurism - Hidden** Sentenced to 1 year(s) incarceration  execution of sentence suspended as to all,, *Supervised Probation for 36 month(s), $50.00 VVCA, VVCA paid.

**Count 2 Voyeurism - Recording** Sentenced to 1 year(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 36 month(s), $50.00 VVCA, VVCA paid.

**Count 3 Voyeurism - Hidden** Sentenced to 1 year(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 36 month(s), $50.00 VVCA, VVCA paid.

**Count 4  Voyeurism - Hidden** Sentenced to 1 year(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 36 month(s), $50.00 VVCA, VVCA paid.

**Count 5  Voyeurism - Hidden** Sentenced to 1 year(s) incarceration, execution of sentence suspended as to all, *Supervised Probation for 36 month(s), $50.00 VVCA, VVCA paid.

Sentences to run consecutively and the probation runs concurrently

Defendant is hereby ordered placed on probation - See-Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 633 Indiana Avenue, NW, 8ᵗʰ Floor, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ **250.00** have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal Rights Given ☐ Gun Offender Registry Order Issued
☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

| | |
|---|---|
| 6/27/2025<br>Date | JENNIFER A DI TORO<br>Judge (F2-12) |
| Entered by Clerk pursuant to Criminal Rule 32(f) | |
| 6/27/2025<br>Date | M Swingler<br>Deputy Clerk |

CDJCPROB.doc

Judgment Page 2 of 2

CASE NUMBER: **2024 CMD 007577**

DEFENDANT: **KRIS ESTRADA**

The Defendant is hereby placed on **\*Supervised Probation**   for a term of      **36 month(s)** .

## GENERAL CONDITIONS OF PROBATION

1.  Obey all laws, ordinances, and regulations.

2.  Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).

3.  Permit your CSO to visit your place of residence.

4.  Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.

5.  Obtain the permission of your CSO before you relocate from the District of Columbia.

6.  Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.

7.  You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.

8.  Participate in and complete CSOSA's employment/academic program, if directed by your CSO.

9.  Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.

10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1.  Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.

2.  Restitution of $ _____ in monthly installments of $ _____ beginning _____

    ☐ The Court will distribute monies to: _____

    _____

3.  ☑ See Attached Stay Away Form

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

**4. Other Special Conditions:**
   Maintain theraputic mental health services  as deemed appropriate by Court Services and Offender Supervision Agency
   PSYCHOSEXUAL ASSESSMENT
   Electronic Device Monitoring for 90-days

CDJCPROB.doc

# Exhibit A-6

Filed
D.C. Superior Court
04/23/2025 16:52PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Criminal Division—Felony Branch

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2024 CMD 7577** |
| | : | |
| **v.** | : | **Hon. Heidi Pasichow** |
| | : | |
| **KRIS ESTRADA,** | : | **Next Hearing: June 24, 2025** |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves this Court to modify conditions of Defendant's probation. Specifically, the government is requesting that two locations be added to the stay away order: the intersection of 40th Street NW and Albermarle St NW in Washington DC (the location of an AU shuttle stop) and 4700 Wisconsin Avenue NW in Washington, DC. The government is also asking for probation to be modified to include an individual with the initials Z.S. In order to monitor compliance with the Stay Away and No Contact order, the government is requesting GPS monitoring for 30 days. In support of this motion, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing, if any, on the motion. The government reached out to defense counsel regarding defendant's position. Defense counsel confirmed on April 23, 2025 that defendant does not oppose government's requested modifications.

## PROCEDURAL BACKGROUND

The defendant was convicted of five counts of voyeurism on December 18, 2024, through a plea agreement. The defendant's voyeuristic actions occurred on the American University

1

campus and targeted American University students.  Defendant was sentenced on February 19, 2025, to one year or incarceration on each count to run consecutive to one another.  The sentence was suspended in favor of 36 months of probation.  As part of probation, the defendant was ordered to stay away and have no contact with N.M. and G.A.,[1] and to stay away from the American University Campus at 4400 Massachusetts Avenue NW in Washington, DC.

**Facts Relevant to N.M.**

On April 21, 2025 around 10:30am, N.M. reports that he was walking from his home to the American University ("AU") Shuttle at the corner of 40th Street NW and Albemarle NW, Washington, DC, which is approximately two to three blocks away.  According to N.M., the defendant and N.M. were on the same side of the street while N.M. was walking to the AU shuttle from his home.  N.M. could see the defendant down the street and believes the defendant could see him as well.  N.M. kept walking to get to his destination and to school and the defendant continued to walk toward N.M..  When the defendant passed N.M., N.M. took pictures of the defendant who is looking backwards at N.M. after they passed each other.  N.M. immediately reported this interaction which made him feel unsafe.  N.M. indicated that he believes the defendant is aware of where he lives and confirmed that he and the defendant were roommates for several months at American University.[2]

**Facts Relevant to Z.S.**

Z.S. is a victim in a separate voyeurism case at American University, *U.S. v. Markus Huerta*, 2024 CMD 4480.[3]  On March 21, 2025, Z.S., appeared and provided a victim impact

---

[1] The government provided the full names of N.M. and G.A. to the defendant through counsel via a letter filed under seal.
[2] The photographs of the defendant taken by N.M., Government's Exhibit A and B, will be shared directly with the Court and Defendant and are requested to be kept under seal as the victim is captured in these photographs.
[3] The defendant pled guilty on March 7, 2025 to seven counts of voyeurism and one count of attempted voyeurism in front of Judge Israel.  A Full Report and Sentencing date is scheduled for June 13, 2025.

statement to the court regarding the impact of Mr. Huerta's actions on her. Z.S. was a student at American University when she was a victim of voyeurism. On that same day as her victim impact statement, Z.S. received an Instagram message from Kris Estrada. Z.S. reached out to AU Police Department to report that Kris Estrada had reached out to her and sent her an unsolicited message via Instagram. Receiving this communication from Mr. Estrada was frightening and concerning to her, as she was aware that Mr. Estrada was also a voyeur active during the same time as Mr. Huerta on AU's campus and the message contained information about a sexual encounter between Mr. Estrada and Mr. Huerta. She requested through AUPD a stay away and no contact order to prevent Mr. Estrada from reaching out to her.[4]

## ARGUMENT

"At any time during the probationary term the court may modify the terms and conditions of the order of probation … when in the opinion of the court the ends of justice shall require." DC Code 24-304. The government is requesting the following modifications to defendant's probation:

- The government is requesting that the defendant be ordered to stay away from 4700 Wisconsin Avenue NW in Washington, DC and the intersection of 40th Street NW / Albermarle NW in Washington, DC (the intersection where the AU shuttle picks up and specifically, the pickup location used by N.M.);

- The government is requesting that Z.S. be added to the stay away / no contact order; and

- The government is requesting that defendant be required to wear a GPS device for 30 days to monitor compliance with the stay away / no contact order.

---

[4] The Instagram message, Government's Exhibit C, will be shared directly with the Court and Defendant and are requested to be kept under seal due to the sensitive nature of the information contained in the Instagram message.

3

These modifications are appropriate in light of the concerns raised by N.M. and Z.S. Furthermore, defendant has indicated he has no objection to the changes to the SANC requested by the government and to the GPS monitoring for a 30 day period to confirm compliance with the stay away / no contact order.

WHEREFORE, the United States of America respectfully requests that the Court modify defendant's probation conditions. Given the consent of the Defendant, the government does not believe that a hearing is necessary, but defers to the Court.

Respectfully submitted,

EDWARD MARTIN, JR.
United States Attorney

By:  \_\_\_/s/_____
Richard Kelley
Assistant United States Attorney
601 D Street, N.W.,
Washington, D.C. 20530
202-834-3571
richard.kelley2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this day of April 23, 2025, a copy of the foregoing motion was sent to defense counsel via CaseFileXpress and email.

/s/_____
Richard Kelley
ASSISTANT UNITED STATES ATTORNEY

4

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Criminal Division—Felony Branch**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2024 CMD 7577** |
| | : | |
| v. | : | **Hon. Heidi Pasichow** |
| | : | |
| **KRIS ESTRADA,** | : | **Next Hearing: June 24, 2025** |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Modify Probation Conditions, it is hereby:

**ORDERED** that the motion is **GRANTED;**

**FURTHER ORDERED** that the Stay Away / No Contact Order be modified consistent with the government's request; AND

**FURTHER ORDERED** that CSOSA place the defendant on GPS monitoring for a period of 30 days to ensure compliance with the Stay Away / No Contact order in this case.

_____
THE HONORABLE HEIDI PASICHOW

_____, 2025

5