**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA,<br><br>     *Plaintiff*,<br><br>     v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br>     *Defendants*. | Civil Action No. 26-cv-00603-ABJ |

**[PROPOSED] ORDER**

Upon consideration of Defendant Brad Knight's Motion to Dismiss, and any response and reply thereto, it is hereby:

**ORDERED** that Defendant Knight's Motion to Dismiss is **GRANTED** and Count III of the Complaint is **DISMISSED WITH PREJUDICE**.

Date: _____

                                         _____
                                         The Honorable Amy B. Jackson
                                         United States District Judge