**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KRIS ESTRADA,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>AMERICAN UNIVERSITY &<br>BRAD KNIGHT,<br><br>　　　　　*Defendants*. | Civil Action No. 26-cv-00603-ABJ |

**NOTICE OF APPEARANCE – JAMES A. KELLER**

Please enter the appearance of James A. Keller on behalf of Defendant American University in the above-referenced matter.

Please direct copies of all filings and materials in this matter to his attention.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　**SAUL EWING LLP**

April 13, 2026　　　　　　/s/ James A. Keller
　　　　　　　　　　　James A. Keller (Admitted *Pro Hac Vice*)
　　　　　　　　　　　1735 Market Street, Suite 3400
　　　　　　　　　　　Philadelphia, PA 19103-7504
　　　　　　　　　　　Tel:　(215) 972-7777
　　　　　　　　　　　Fax:　(215) 972-7725
　　　　　　　　　　　james.keller@saul.com


　　　　　　　　　　　Timothy D. Intelisano (D.C. Bar. No. 90033254)
　　　　　　　　　　　1919 Pennsylvania Avenue NW, Suite 550
　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　Tel:　(202) 333-8800
　　　　　　　　　　　Fax:　(202) 337-6065
　　　　　　　　　　　timothy.intelisano@saul.com

57680106.1

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of April 2026, I have electronically filed the foregoing **NOTICE OF APPEARANCE – JAMES A. KELLER** with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications

and to the following by US Mail, first class postmarked April 13, 2026

> Brad Knight
> 130 M Street NE Apt. 708
> Washington, DC 20001
> *Defendant – Pro Se*

Dated: April 13, 2026                    */s/James A. Keller*
                                          James A. Keller

                                          *Defendant American University*

57680106.1