AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Kris Estrada<br>*Plaintiff*<br>v.<br>American University, et al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-00603-ABJ |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kris Estrada .

Date: 07/08/2026

/s/ Jared Roberts
*Attorney's signature*

Jared Roberts, FL00153
*Printed name and bar number*

Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314
*Address*

jared@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*