**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KRIS ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:26-cv-00603-ABJ |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.6, Parker Bowman withdraws as counsel of record on behalf of Plaintiff Kris Estrada.

Undersigned counsel will be leaving the Binnall Law Group after July 10, 2026, to take another position. Plaintiff Estrada will continue to be represented by Lindsay R. McKasson and Jared Roberts with the Binnall Law Group.

Dated: July 8, 2026

Respectfully submitted,

/s/ Parker Bowman
Parker Bowman, VA227
parker@binnall.com

Lindsay R. McKasson
D.C. Bar No. 1618740
Jared Roberts, FL00153
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943

Fax: (703) 888-1930
lindsay@binnall.com
jared@binnall.com

*Counsel for Plaintiff Kris Estrada*

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Parker Bowman
Parker Bowman, VA227

*Counsel for Plaintiff Kris Estrada*