**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KRIS ESTRADA,

*Plaintiff*,

v.

AMERICAN UNIVERSITY &
BRAD KNIGHT,

*Defendants*.

Civil Action No. 26-cv-00603-ABJ

**PROPOSED ORDER**

This matter came before the Court on Timothy D. Intelisano's Motion to Withdraw as Counsel for Defendant American University ("Motion").

Upon consideration of the Motion and the record herein, and it appearing that good cause exists to grant the Motion, it is

**ORDERED** this ____ day of ________________, 2026, that the Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that Timothy D. Intelisano's appearance on behalf of Defendant American University is withdrawn; and it is

**FURTHER ORDERED** that James A. Keller and Saul Ewing LLP shall remain as counsel for Defendants American University in this matter.

_________________________________
United States District Judge